No. 99–1667. ANDERSON *v.* JOHNSON ET AL. C. A. 6th Cir. Motion of respondents Wayne County Circuit Court et al. for

sanctions, including double costs and attorney's fees, denied. Certiorari denied.